IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OCIE WILLIAMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-464-ECM |
| | ) |
| WALMART, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On October 4, 2024, the Magistrate Judge entered a Recommendation (doc. 17) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Magistrate Judge's Recommendation (doc. 17) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 12) is GRANTED to the extent that DeTuyla Williams is DISMISSED without prejudice as a named plaintiff;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 21st day of November, 2024.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE